01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
**Cruz Segura** ) Chapter 7
**Reyna Segura** ) Bankruptcy Case No.
)
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I(We), **Cruz Segura** and **Reyna Segura**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Cruz Segura** | **Reyna Segura**
Printed or Typed Name of Debtor or Representative | Printed or Typed Name of Joint Debtor

*/s/ Cruz Segura* | */s/ Reyna Segura*
Signature of Debtor or Representative | Signature of Joint Debtor

**July 28, 2014** | **July 28, 2014**
Date | Date