B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Cruz Segura, Reyna Segura** Debtor(s)

Case No. **14-27577**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **North Comm** | **Describe Property Securing Debt:** <br> **6712-6714 W. Cermack, Berwyn IL 60402; Mixed use building, commercial space (restaurant) and one residential apartment dwelling unit where Debtor and Joint Debtor currently reside** |

Property will be (check one): <br>
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one): <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **August 7, 2014**      Signature **/s/ Cruz Segura** <br>
                                                   **Cruz Segura** <br>
                                                   Debtor

Date **August 7, 2014**      Signature **/s/ Reyna Segura** <br>
                                                   **Reyna Segura** <br>
                                                   Joint Debtor