# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cruz Segura**
            **Reyna Segura**                                    Case No.    **14-27577**

                                            Debtor(s)          Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                     **41**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August  7, 2014**                     **/s/ Cruz Segura**
                                                    **Cruz Segura**
                                                    Signature of Debtor

Date:    **August  7, 2014**                     **/s/ Reyna Segura**
                                                     **Reyna Segura**
                                                    Signature of Debtor