01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
)
    **Cruz Segura** )  Case No. **14-27577**
    **Reyna Segura** )  Chapter **7**
)
    Debtor(s) )

# DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Form 7 Statement of Financial Affairs, Form 8 Chapter 7 Individual Debtor's Statement of Intention, Compensation Statement of Attorney for Debtors, Form 21 Statement of Financial Affairs, Form 22A Statement of Current Monthly Income/Means Test

(Specify Document)

I (We), **Cruz Segura** and **Reyna Segura**, the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the **Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Form 7 Statement of Financial Affairs, Form 8 Chapter 7 Individual Debtor's Statement of Intention, Compensation Statement of Attorney for Debtors, Form 21 Statement of Financial Affairs, Form 22A Statement of Current Monthly Income/Means Test, Notice to Individual Consumer Debtor of Available Schedules, Verification of Creditor Matrix** being filed simultaneously with this Declaration and that the information therein is true and correct.

| | |
|---|---|
| **Cruz Segura** | **Reyna Segura** |
| Printed or Typed Name of Debtor or Other Person | Printed or Typed Name of Joint Debtor |
| /s/ Cruz Segura | /s/ Reyna Segura |
| Signature of Debtor or Other Person | Signature of Joint Debtor |
| **August 7, 2014** | **August 7, 2014** |
| Date | Date |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy