B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14−27577
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cruz Segura | Reyna Segura |
| 6712 W. Cermack | 6712 W. Cermack |
| Berwyn, IL 60402 | Berwyn, IL 60402 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−7168                               xxx−xx−8597

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                     FOR THE COURT

Dated: <u>November 17, 2014</u>                      <u>Jeffrey P. Allsteadt, Clerk</u>
                                                      United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                      United States Bankruptcy Court
                                       Northern District of Illinois

In re:                                                                   Case No. 14-27577-JBS
Cruz Segura                                                              Chapter 7
Reyna Segura
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                  Page 1 of 2                  Date Rcvd: Nov 17, 2014
                              Form ID: b18                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db/jdb         +Cruz Segura,   Reyna Segura,   6712 W. Cermack,    Berwyn, IL 60402-2239
22210820       +1st Finl Invstmnt Fund,   230 Peachtree St Nw Ste,    Atlanta, GA 30303-1534
22210822       +Atg Credit,   1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
22210823       +Bay Area Credit Servic,   1000 Abernathy Rd Ne Ste,    Atlanta, GA 30328-5612
22210830       +Chld/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
22210831       +Cmre Financial Svcs In,   3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
22210842       +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
22210850       +North Comm,   3639 North Broadway,   Chicago, IL 60613-4489
22210853        Staniscontr,   914 14th St,   Modesto, CA 95354-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22210825        EDI: CAPITALONE.COM Nov 18 2014 00:48:00     Cap One,   Po Box 85520,   Richmond, VA 23285
22210824       +EDI: STFC.COM Nov 18 2014 00:48:00     Cach, Llc,   4340 S Monaco St Unit 2,
                 Denver, CO 80237-3408
22210828       +EDI: CAPITALONE.COM Nov 18 2014 00:48:00     Cap One Na,   Po Box 26625,
                 Richmond, VA 23261-6625
22210832       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Ashstwrt,   Po Box 182789,
                 Columbus, OH 43218-2789
22210833       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Dots,   Po Box 182789,
                 Columbus, OH 43218-2789
22210834       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Dressbrn,   Po Box 182789,
                 Columbus, OH 43218-2789
22210835       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Express,   Po Box 182789,
                 Columbus, OH 43218-2789
22210837       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Lnbryant,   Po Box 182789,
                 Columbus, OH 43218-2789
22210836       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Lnbryant,   4590 E Broad St,
                 Columbus, OH 43213-1301
22210838       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Nwyrk&Co,   220 W Schrock Rd,
                 Westerville, OH 43081-2873
22210839       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Onestpls,   4590 E Broad St,
                 Columbus, OH 43213-1301
22210840       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Pier 1,   4590 E Broad St,
                 Columbus, OH 43213-1301
22210841       +EDI: WFNNB.COM Nov 18 2014 00:48:00     Comenity Bank/Vctrssec,   Po Box 182789,
                 Columbus, OH 43218-2789
22210843       +EDI: AMINFOFP.COM Nov 18 2014 00:48:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
22210845       +EDI: IIC9.COM Nov 18 2014 00:49:00     I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
22210846       +E-mail/Text: ebnsterling@weltman.com Nov 18 2014 01:22:02     Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
22210847       +EDI: CBSKOHLS.COM Nov 18 2014 00:48:00     Kohls/Capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
22210848       +E-mail/Text: rganju@mbosinc.com Nov 18 2014 01:23:18     M3 Financial Services,
                 10330 W Roosevelt Rd S-2,   Westchester, IL 60154-2564
22210849        EDI: TSYS2.COM Nov 18 2014 00:48:00     Macysdsnb,   911 Duke Blvd,   Mason, OH 45040
22210852       +EDI: SEARS.COM Nov 18 2014 00:48:00     Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
22210851       +EDI: SEARS.COM Nov 18 2014 00:48:00     Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
22210856       +EDI: RMSC.COM Nov 18 2014 00:48:00     Syncb/Jcp,   Po Box 965007,   Orlando, FL 32896-5007
22210857       +EDI: RMSC.COM Nov 18 2014 00:48:00     Syncb/Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
22210859       +EDI: RMSC.COM Nov 18 2014 00:48:00     Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
22210860       +EDI: WTRRNBANK.COM Nov 18 2014 00:48:00     Td Bank Usa/Targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22210829          Cap1/Carsn
22210858          Syncb/Sams
22210821*        +1st Finl Invstmnt Fund,   230 Peachtree St Nw Ste,    Atlanta, GA 30303-1534
22210827*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
22210826*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
22210844*        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
22210854*         Staniscontr,   914 14th St,   Modesto, CA 95354-1011
22210855*         Staniscontr,   914 14th St,   Modesto, CA 95354-1011
                                                                                         TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
              Arthur   Czaja    on behalf of Debtor Cruz  Segura attorneyarthur@aol.com
              Arthur   Czaja    on behalf of Joint Debtor Reyna  Segura attorneyarthur@aol.com
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sheryl A Fyock    on behalf of Creditor    North Community Bank, an Illinois Banking Corporation as
               successor in interest to Plaza Bank by merger and consolidation sfyock@llflegal.com
                                                                                             TOTAL: 5